1    AARON D. FORD
2      Attorney General
     D. RANDALL GILMER, Bar No. 14001
3      Chief Deputy Attorney General
     DOUGLAS R. RANDS, Bar No. 3572
4      Senior Deputy Attorney General
     LEO T. HENDGES, Bar No. 16034
5      Deputy Attorney General
     State of Nevada
6    Public Safety Division
     100 N. Carson Street
7    Carson City, NV 89701-4717
     Tel: (775) 684-1150
8    E-mail:  drands@ag.nv.gov
             dgilmer@ag.nv.gov
9             lhendges@ag.nv.gov

10                  **UNITED STATES DISTRICT COURT**

11                       **DISTRICT OF NEVADA**

12

13   Rickie Hill,                                Case No. 2:20-cv-00684-APG-NJK

14                          Plaintiff,           **STIPULATION AND ORDER FOR
                                                 DISMISSAL WITH PREJUDICE**
15   v.

16   Douglas R. Rands; Aaron Ford,

17                          Defendants.

18

19   _____        Case No. 2:20-cv-01569-RFB-NJK

20   Rickie Hill,                                **STIPULATION AND ORDER FOR
                                                 DISMISSAL WITH PREJUDICE**
21                          Plaintiff,

22   v.

23   Ruiz; Leong; C. Shepard,

24                          Defendants.

25

26

27

28

                                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rickie Hill,

                          Plaintiff,

v.

Brandon Marcano; Ruiz,

                          Defendants.

Case No. 2:20-cv-01608-KJD-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                          Plaintiff,

v.

Harper,

                          Defendant.

Case No. 2:20-cv-01655-KJD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                          Plaintiff,

v.

Brandon Marcano; Dwayne Matos;
Alexander Deyro; Eric Allen,

                          Defendants.

Case No. 2:20-cv-01686-JAD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

|  |  |
|---|---|
| Rickie Hill,<br><br>                Plaintiff,<br><br>v.<br><br>Spry; Calvin Johnson; E.A. Thompson; Jesus Ruiz; Torres; Piccinini,<br><br>                Defendants. | Case No. 2:20-cv-01687-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                Plaintiff,<br><br>v.<br><br>Marciano; Wuest,<br><br>                Defendants. | Case No. 2:20-cv-01717-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                Plaintiff,<br><br>v.<br><br>C. Carmona; Jesus Ruiz,<br><br>                Defendants. | Case No. 2:20-cv-01807-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

3

Case No. 2:20-cv-01822-RFB-VCF

| | |
|---|---|
| Rickie Hill,<br><br>        Plaintiff,<br><br>v.<br><br>Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson,<br><br>        Defendants. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Case No. 2:20-cv-01868-JAD-VCF

| | |
|---|---|
| Rickie Hill,<br><br>        Plaintiff,<br><br>v.<br><br>Daniel Rhude; Jesus Ruiz,<br><br>        Defendants. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Case No. 2:20-cv-02361-JAD-DJA

| | |
|---|---|
| Rickie Hill,<br><br>        Plaintiff,<br><br>v.<br><br>D. Rodriguez, Jr.,<br><br>        Defendant. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-00145-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Juan Lima, | |
| Defendant. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-00240-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| D. Striplin; Allen; Frank Lopez, | |
| Defendants. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-00997-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Jackson; Nakatani, | |
| Defendants. | |

Case No. 2:21-cv-01002-GMN-DJA

Rickie Hill,

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

                    Plaintiff,

v.

Concepcion Rojastro,

                    Defendant.

Case No. 2:21-cv-01020-GMN-NJK

Rickie Hill,

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

                    Plaintiff,

v.

Amirkhani,

                    Defendant.

Case No. 2:21-cv-01027-GMN-NJK

Rickie Hill,

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

                    Plaintiff,

v.

Jarret Vandine,

                    Defendant.

| | Case No. 2:21-cv-01061-RFB-DJA |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| William Gittere, | |
| Defendant. | |

| | Case No. 2:21-cv-01103-GMN-DJA |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Tasheena Sandoval, | |
| Defendant. | |

| | Case No. 2:21-cv-01361-APG-DJA |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Lundgren, | |
| Defendant. | |

| | |
|---|---|
| Rickie Hill,<br><br>               Plaintiff,<br><br>v.<br><br>T. Struck; J. Ruiz; E. Thompson,<br><br>               Defendants. | Case No. 2:21-cv-01362-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>               Plaintiff,<br><br>v.<br><br>J. Pope; Carter; R. Lopez; Valdez,<br><br>               Defendants. | Case No. 2:21-cv-01371-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>               Plaintiff,<br><br>v.<br><br>Keith McKeehan,<br><br>               Defendant. | Case No. 2:21-cv-01375-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

Rickie Hill,

2

                Plaintiff,

3

v.

4

Hernandez; A. Flores; Ronald Oliver,

5

                Defendants.

6

7

8

Rickie Hill,

9

                Plaintiff,

10

11

v.

12

Array, Matos; A. Kaura,

13

                Defendants.

14

15

16

Rickie Hill,

17

                Plaintiff,

18

v.

19

Nichols; Prevost; Collins,

20

                Defendants.

21

22

23

24

25

26

27

28

Case No. 2:21-cv-01516-APG-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 2:21-cv-01677-APG-BNW

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 2:21-cv-01679-JAD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

9

1

2

3

4

5

6

7

Rickie Hill,

                Plaintiff,

v.

Pryten,

                Defendant.

Case No. 2:21-cv-01698-APG-BNW

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

8

9

10

11

12

13

14

15

Rickie Hill,

                Plaintiff,

v.

R. Meyers; T. Johnson,

                Defendants.

Case No. 2:21-cv-01700-RFB-BNW

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

16

17

18

19

20

21

22

Rickie Hill,

                Plaintiff,

v.

Deborah Striplin; Marilyn Villatoro; B.
Yeats,

                Defendants.

Case No. 2:21-cv-01741-JAD-EJY

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

23

24

25

26

27

28

Case No. 2:21-cv-01760-JAD-EJY

1

2      Rickie Hill,                                    **STIPULATION AND ORDER FOR**
                                                       **DISMISSAL WITH PREJUDICE**
3                        Plaintiff,

4      v.

5      Michael Stewart; G. Santos; Avila,

6                        Defendants.

7

8                                                      Case No. 2:21-cv-01821-GMN-NJK

9      Rickie Hill,                                    **STIPULATION AND ORDER FOR**
                                                       **DISMISSAL WITH PREJUDICE**
10                       Plaintiff,

11     v.

12     Brooks,

13                       Defendant.

14

15                                                     Case No. 2:21-cv-01878-GMN-NJK

16     Rickie Hill,                                    **STIPULATION AND ORDER FOR**
                                                       **DISMISSAL WITH PREJUDICE**
17                       Plaintiff,

18     v.

19     Des Williams,

20                       Defendant.

21

22

23

24

25

26

27

28

11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rickie Hill,

               Plaintiff,

v.

Whittaker,

               Defendant.

Case No. 2:21-cv-01888-GMN-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

A. Lima,

               Defendant.

Case No. 2:21-cv-01922-RFB-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

T. Johnson; R. Meyers; Morenago,

               Defendants.

Case No. 2:21-cv-01924-APG-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

|  |  |
|---|---|
| Rickie Hill, | Case No. 3:20-cv-00495-ART-CSD |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Jason Rutledge, | |
| Defendant. | |

Case No. 3:20-cv-00548-RFB-CSD

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

Plaintiff,

v.

Roop; Oliver; Jesus Ruiz,

Defendants.

16    IT IS HEREBY STIPULATED by and through the parties, RICKY LEE HILL, and D.

17  Randall Gilmer, Chief Deputy Attorney General, Douglas R. Rands, Senior Deputy Attorney

18  General, and Leo T. Hendges, Deputy Attorney General, on behalf of Defendants in each of the

19  above-referenced cases, all of whom are current or former employees of the Nevada Department of

20  Corrections or, in one instance, an employee of the Office of the Attorney General, and pursuant to

21  Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each of case numbers referenced above and

22  attached as Exhibit A hereto, shall be dismissed with prejudice, with each party bearing their own

23  attorney's fees and costs.

24  ///

25  ///

26  ///

27  ///

28  ///

1   The Parties, by mutual agreement, have resolved this matter in its entirety and agree that the

2   Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered

3   moot.

4   DATED this 14th of December, 2022.                DATED this 14th Day of December, 2022.

5                                                     AARON D. FORD
                                                      Attorney General
6

7

8   By: _____               By: /s/ D. Randall Gilmer on behalf of
        Ricky Lee Hill, Plaintiff                     D. Randall Gilmer, NV Bar No. 14001
9       In Pro Per                                    Chief Deputy Attorney General
                                                      Douglas R. Rands, NV Bar No. 3572
10                                                    Senior Deputy Attorney General
                                                      Leo T. Hendges, NV Bar No. 16034
11                                                    Deputy Attorney General
                                                      Attorneys for Defendants
12

13

14                              **ORDER**

15       **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is

16   directed to close the case.

17       **IT IS FURTHER ORDERED** that the Motion/Application for Leave to Proceed in
     forma pauperis, ECF No. 1, Case No. 2:20-cv-1807-GMN-DJA, is **DENIED as moot**.

18       Dated this __20__ day of December, 2022.

19

20       _____

21       Gloria M. Navarro, District Judge
         UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28

                              14

Index of Exhibits

| Exhibit A | List of cases filed by Rickie Hill |
|-----------|-------------------------------------|

Exhibit A – List of cases filed by Rickie Hill

| Case Number | Defendants | Attorney General Served? |
|---|---|---|
| 2:20-cv-00684-APG-NJK | Douglas R. Rands; Aaron Ford | Yes |
| 2:20-cv-01569-RFB-NJK | Ruiz; Leong; C. Shepard | No |
| 2:20-cv-01608-KJD-EJY | Brandon Marcano; Ruiz | Yes |
| 2:20-cv-01655-KJD-DJA | Harper | Yes |
| 2:20-cv-01686-JAD-DJA | Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen | Yes |
| 2:20-cv-01687-RFB-EJY | Spry; Calvin Johnson; E.A. Thompson; | No |
| 2:20-cv-01717-JAD-DJA | Marciano; Wuest | Yes |
| 2:20-cv-01807-GMN-DJA | C. Carmona; Jesus Ruiz | Yes |
| 2:20-cv-01822-RFB-VCF | Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson | Yes |
| 2:20-cv-01868-JAD-VCF | Daniel Rhude; Jesus Ruiz | Yes |
| 2:20-cv-02361-JAD-DJA | D. Rodriguez, Jr. | Yes |
| 2:21-cv-00145-GMN-DJA | Juan Lima/Alan Lima | Yes |
| 2:21-cv-00240-RFB-DJA | D. Striplin; Allen; Frank Lopez | No |
| 2:21-cv-00997-RFB-DJA | Jackson; Nakatani | No |
| 2:21-cv-01002-GMN-DJA | Concepcion Rojastro | Yes |
| 2:21-cv-01020-GMN-NJK | Amirkhani | No |
| 2:21-cv-01027-GMN-NJK | Jarret Vandine | Yes |
| 2:21-cv-01061-RFB-DJA | William Gittere | No |
| 2:21-cv-01103-GMN-DJA | Tasheena Sandoval | No |
| 2:21-cv-01361-APG-DJA | Lundgren | Yes |
| 2:21-cv-01362-APG-VCF | T. Struck; J. Ruiz ; E. Thompson | No |
| 2:21-cv-01371-APG-EJY | J. Pope; Carter; R. Lopez; Valdez | Yes |
| 2:21-cv-01375-GMN-VCF | Keith McKeehan | No |
| 2:21-cv-01516-APG-DJA | Hernandez; A. Flores; Ronald Oliver | No |
| 2:21-cv-01677-APG-BNW | Array; Matos; A. Kaura | Yes |
| 2:21-cv-01679-JAD-DJA | Nichols; Prevost; Collins | No |
| 2:21-cv-01698-APG-BNW | Pryten | No |
| 2:21-cv-01700-RFB-BNW | R. Meyers; T. Johnson | No |
| 2:21-cv-01741-JAD-EJY | Deborah Striplin; Marilyn Villatoro; B. Yeats | No |
| 2:21-cv-01760-JAD-EJY | Michael Stewart; G. Santos; Avila | Yes |
| 2:21-cv-01821-GMN-NJK | Brooks | No |
| 2:21-cv-01878-GMN-NJK | Des Williams | Yes |
| 2:21-cv-01888-GMN-NJK | Whittaker | No |
| 2:21-cv-01922-RFB-DJA | Hernandez; A. Flores; Ronald Oliver | Yes |
| 2:21-cv-01924-APG-VCF | T. Johnson; R. Meyers; Morenago | Yes |
| 3:20-cv-00495- ART -CSD | Jason Rutledge | Yes |
| 3:20-cv-00548-RFB-CSD | Roop; Oliver; Jesus Ruiz | No |

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of December, 2022, I caused to be served, a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Rickie Hill #87052
Ely State Prison
P.O. Box 1989
Ely, NV 89301

*/s/ Roberta W. Bibee*
An employee of the
Office of the Attorney General